UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Case No. 26-40231

UNITED STATES OF AMERICA,

Plaintiff – Appellee

v.

AARON CASTILLO-RUIZ,

Defendant – Appellant

**APPELLANT'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO FILE BRIEF**

Appellant, AARON CASTILLO-RUIZ, by and through his appellate counsel, respectfully requests that this Court grant his unopposed motion for extension of time to file brief in this cause. In support of this motion, Appellant would show the following:

I.

The deadline for Appellant to file his brief is September 29, 2026. The undersigned counsel has other cases and obligations that require his time and attention. Therefore, the undersigned counsel respectfully requests a fourteen (14) day extension of the brief deadline from September 29, 2026 to October 13, 2026.

II.

The undersigned counsel conferred with the United States Attorney's Office on September 17, 2026, and the United States Attorney's Office has expressed that the United States is unopposed to this request. This request for extension is made to allow the undersigned counsel for Appellant to complete his briefing, and not for purposes of delay.

For these reasons, Appellant requests this Court grant this motion for an additional fourteen (14) days to file Appellant's Brief and for the deadline to file same to be extended from September 29, 2026 to October 13, 2026.

Respectfully submitted,

s/Derly Joel Uribe

DERLY JOEL URIBE
Saldaña Law PLLC
Attorney for Appellant
217 W. Village Blvd., Suite 3
Laredo, Texas 78041
Telephone: (956) 726-1631
Fax: (956) 726-4158

## CERTIFICATE OF CONFERENCE

On the 17th day of September, 2026, I conferred with the United States Attorney's Office and the undersigned was informed that the United States is not opposed to this motion.

s/Derly Joel Uribe
DERLY JOEL URIBE
Appellate Defense Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was served on the U.S. Attorney's Office via ECM electronic mail on September 17, 2026 to those attorneys receiving service via ECM automatically. I further hereby certify that a copy of the above and foregoing document was served to the defendant pursuant to Fed. R. App. P. 25(c).

Aaron Castillo-Ruiz
Register No. 57812-509
Coastal Bend Detention Center
4909 FM 2826
Robstown, TX 78380

s/Derly Joel Uribe
Derly Joel Uribe